Nos. 433 and 434. RINES, ADMINISTRATOR, *v.* JUSTICES OF THE SUPERIOR COURT. Appeals from the Supreme Judicial Court of Massachusetts. *Per Curiam:* The appeals are dismissed for the want of a substantial federal question. *David Rines* for appellant.

No. 478. BUCK *v.* BOARD OF MEDICAL EXAMINERS OF OREGON. Appeal from the Supreme Court of Oregon. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. MR. JUSTICE BURTON took no part in the consideration or decision of this case. *Ralph E. Moody* for appellant. *Howard I. Bobbitt* for appellee.

No. 486. SOUTHERN PACIFIC Co. *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeal from the Supreme Court of California. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. THE CHIEF JUSTICE took no part in the consideration or decision of this case. *George L. Buland, Evan J. Foulds, James E. Lyons, Robert L. Pierce* and *Charles W. Burkett, Jr.* for appellant. *Everett C. McKeage* for appellees.